Richard C. HACKMAN, Appellant,

v.

ST. LOUIS CONVENTION and Visitors Commission, et al., Respondents.

No. 71344.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 29, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 3, 1997.

Application to Transfer Denied
Aug. 19, 1997.

Richard C. Hackman, St. Louis, pro se.

Husch & Eppenberger, Caroline L. Hermeling, St. Louis, for respondents.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

Plaintiff, Richard C. Hackman, appeals from a judgment dismissing his five count "class action" petition against defendants, St. Louis Convention and Visitors Commission and its individual board members. We affirm.

We have reviewed the briefs of the parties and have reviewed the legal file. Each count of the petition fails to state a cause of action. No jurisprudential purpose would be served

by an extended opinion. The parties have been furnished a memorandum opinion for their use only. We affirm the trial court's judgment pursuant to Rule 84.16(b).